Kevin C. Meek
Andrew T. Newcomer
UGRIN ALEXANDER ZADICK, P.C.
#2 Railroad Square, Suite B
P.O. Box 1746
Great Falls, MT 59403
Telephone: (406) 771-0007
Facsimile: (406) 452-9360
E-mail: kcm@uazh.com, atn@uazh.com
Attorneys for Defendant, City of Glasgow

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA GREAT FALLS DIVISION

| | |
|---|---|
| TAMI KAY LOFTSGAARD and<br>GARTH LOFTSGAARD,<br><br>               Plaintiffs,<br><br>     -vs-<br><br>CITY OF GLASGOW, a Municipal Entity, GLASGOW POLICE OFFICER JOSHUA NOLAN, in his individual and official capacity, and JOHN DOES I-IV.<br><br>               Defendants. | Case No. CV-22-37-GF-BMM-JTJ<br><br><br>**DEFENDANTS'<br>NOTICE OF REMOVAL** |

**TO:   THE HONORABLE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA.**

COME NOW, the Defendant in the above cause, City of Glasgow, and hereby gives notice to the above-entitled Court for removal of this cause from the Montana Seventeenth Judicial District Court, Valley County, to the above-entitled United

1

States District Court, Great Falls Division, pursuant to 28 U.S.C. § 1446, and for its grounds for removal allege:

1.      This matter is a civil action alleging violations of the United States Constitution, 42 U.S.C. § 1983, assault and battery, negligence, malicious prosecution, and violations Article II, Sections 4, 10, and 11 of the Montana Constitution;

2.      The action was commenced on March 30, 2022, by filing a complaint in the Montana Seventeenth Judicial District Court, Valley County;

3.      The Plaintiffs are citizens of the State of Montana;

4.      The Defendants are citizens of the State of Montana;

5.      The above-entitled Court has jurisdiction of this case pursuant to 28 U.S.C. § 1331;

6.      The undersigned represents that the Defendant City of Glasgow and all of the named Defendants consent to this removal;

7.      Attached hereto and marked as Exhibit A is a copy of the Complaint;

8.      This notice is filed within 30 days after receipt by the Defendant City of Glasgow of the Complaint and Summons issued by the state court; and

9.      These Defendants will, upon filing of this notice of removal, give written notice to the above-named Plaintiffs and file with the Montana Seventeenth

2

Judicial District Court, Valley County, the notice of their filing and request for transfer pursuant to Rule 77(e), M. R. Civ. P.  This case will then be removed from the state district court to the above-captioned United States District Court.  See Exhibit B, Notice of Filing of Notice of Removal and Request for Transfer.

DATED this 15th day of April, 2022.

UGRIN ALEXANDER ZADICK, P.C.

By:/s/ Andrew T. Newcomer

Kevin C. Meek
Andrew T. Newcomer
Attorneys for Defendant, City of Glasgow